LENA SALTZMAN, Appellant, v. SAMUEL SALTZMAN, Respondent.—

No opinion. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.